August 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MEENA BANSAL INDIVIDUALLY AND AS REPRESENTATIVE OF THE
ESTATE OF MUNISH BANSAL, DECEASED, AND VIRINDER BANSAL,
Appellants

NO. 14-15-00986-CV                                  V.

UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, Appellee
_____

This cause, an appeal from the order signed October 26, 2015 granting University of Texas M.D. Anderson Cancer Center's plea to the jurisdiction and dismissing with prejudice the claims of Meena Bansal, individually and as representative of the estate of Munish Bansal, deceased, and the claims of Virinder Bansal, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Meena Bansal, individually and as representative of the estate of Munish Bansal, deceased, and Virinder Bansal, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.